# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2898
_____

VENETIAN NAIL SPA-THE WALK,
LLC,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
REVENUE,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


April 18, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Dwight O. Slater of Guilday Law, P.A., Tallahassee; Sean Sharp of Atom Law Group, Chicago, IL, for Appellant.

Ashley Moody, Attorney General, Timothy E. Dennis, Chief Assistant Attorney General, and Franklin David Sandrea-Rivero, Assistant Attorney General, Tallahassee; Mark S. Hamilton, General Counsel, Florida Department of Revenue, Tallahassee, for Appellee.